PAUL J. FISHMAN
United States Attorney
DANIEL S. KIRSCHBAUM
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. (973) 645-2842
Fax. (973) 297-2010
daniel.kirschbaum@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SANDRA PALLADINO and CHRISTOPHER PALLADINO, <br><br> *Plaintiffs,* <br><br> v. <br><br> UNITED STATES OF AMERICA, TIME CLEANERS LIMITED LIABILITY CO., A/K/A NEW TIME CLEANERS, VERIZON NEW JERSEY INC., VERIZON COMMUNICATIONS INC., AT&T COMMUNICATIONS OF NEW JERSEY, INC., AT&T OPERATIONS, INC., JERSEY CITY DEPARTMENT OF PUBLIC WORKS, CITY OF JERSEY CITY, COUNTY OF HUDSON, STATE OF NEW JERSEY, STAGECOACH GROUP, PLC D/B/A COACH USA TOUR INC. A/K/A COACH USA, INC. A/K/A COACH USA, RED & TAN ENTERPRISES A/K/A RED & TAN TOURS A/K/A RED & TAN CHARTER, INC. A/K/A RED & TAN TRANSPORTATION SYSTEMS, INC. A/K/A RED & TAN UNLIMITED, INC., ROCKLAND COACHES, INC. A/K/A ROCKLAND COACHES, OLYMPIA TRAILS BUS CO., INC. A/K/A OLYMPIA TRAILS, NEW JERSEY TRANSIT CORP., JOHN DOES 1-10 AND ABC CORPS. l-10, <br><br> *Defendants.* | HON. <br><br> *Civil Action No.* <br><br> (formerly HUD-L-681-13) <br><br><br> **NOTICE OF REMOVAL** |

To:    Clerk of Court                            Samuel L. Davis, Esq.
          Superior Court of New Jersey         Davis, Saperstein & Salomon, P.C.
          Law Division: Hudson County          375 Cedar Lane
          583 Newark Avenue                   Teaneck, NJ  07666-3433
          Jersey City, NJ  07306

PLEASE TAKE NOTICE that this case, previously pending in the Superior Court of New Jersey, Law Division: Hudson County (Docket Number HUD-L-681-13), is hereby removed to the United States District Court for the District of New Jersey, pursuant to the provisions of 28 U.S.C. § 2979.

The United States of America, by and through its attorney, Paul J. Fishman, United States Attorney for the District of New Jersey (Daniel S. Kirschbaum, Assistant U.S. Attorney, appearing), respectfully states the following upon information and belief:

1.      The "U.S. Small Business Administration" (SBA) is named as a defendant in this action.  A copy of the Complaint is attached as Exhibit 1.

2.      Plaintiff has demanded judgment, damages, fees, interest and/or costs of suit, for injuries allegedly sustained as the result of the negligence of the named defendants or their employees.

3.      The SBA is a federal agency and thus a part of the United States government, and its employees are thus employees of the United States of America.

4.      Consequently, Plaintiff's action against the SBA is covered under the Federal Tort Claims Act (FTCA), in particular 28 U.S.C. § 2679, and the United States of America is the only party cognizable under the FTCA for the alleged negligence of its agencies or employees.

Moreover, the only waiver of sovereign immunity on the part of the United States to be sued for actions in tort is contained in the Federal Tort Claims Act.

6.      Thus, this action must be deemed to be an action against the United States, the United States District Court for the District of New Jersey has exclusive jurisdiction over this action against the United States per 28 U.S.C. § 1346(b), and this action may be properly removed pursuant to 28 U.S.C. § 2679(d)(2) .

THEREFORE, in accordance with 28 U.S.C. § 2679, the above captioned action brought in the Superior Court of New Jersey, Law Division, Hudson County is now removed to this Court for further proceedings, and pursuant to 28 U.S.C. §2679(d)(1), the United States is henceforth substituted as the party defendant in place of the "U.S. Small Business Administration," and the caption is conformed accordingly as set forth above.

Dated:  March 22, 2013

                                        PAUL J. FISHMAN
                                        United States Attorney

                          By:     /s/ Daniel S. Kirschbaum
                                        DANIEL S. KIRSCHBAUM
                                        Assistant U.S. Attorney

# EXHIBIT 1

DAVIS, SAPERSTEIN & SALOMON P.C.
375 Cedar Lane
Teaneck, NJ 07666-3433
(201) 907-5000
Fax: (201) 692-0444
Attorneys for Plaintiffs

SANDRA PALLADINO AND CHRISTOPHER
PALLADINO, HER HUSBAND,

Plaintiff(s),

- vs -

THE U.S. SMALL BUSINESS
ADMINISTRATION, TIME CLEANERS
LIMITED LIABILITY COMPANY
A/K/A NEW TIME CLEANERS, VERIZON
NEW JERSEY, INC., VERIZON
COMMUNICATIONS INC., AT&T
COMMUNICATIONS OF NEW JERSEY,
INC., AT&T OPERATIONS, INC., JERSEY
CITY DEPARTMENT OF PUBLIC WORKS,
CITY OF JERSEY CITY, COUNTY OF
HUDSON, STATE OF NEW JERSEY,
STAGECOACH GROUP, PLC D/B/A COACH
USA TOUR INC. A/K/A COACH USA, INC.
A/K/A COACH USA, RED & TAN
ENTERPRISES A/K/A RED & TAN TOURS
A/K/A RED & TAN CHARTER, INC. A/K/A
RED & TAN TRANSPORTATION SYSTEMS,
INC. A/K/A RED & TAN UNLIMITED, INC.,
ROCKLAND COACHES, INC. A/K/A
ROCKLAND COACHES, OLYMPIA TRAILS
BUS COMPANY, INC. A/K/A OLYMPIA
TRAILS, NEW JERSEY TRANSIT
CORPORATION, JOHN DOES 1-10 (SAID
NAMES BEING FICTITIOUS AND
UNKNOWN) AND ABC CORPS. 1-10 (SAID
NAMES BEING FICTITIOUS AND
UNKNOWN),

Defendant(s).

*Served on 2/25/13
11am ESB
by Sewer
Assisu To for* [handwritten]

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION: HUDSON COUNTY

DOCKET NO. HUD-L-681-13

*Civil Action*

**SUMMONS**

**FROM THE STATE OF NEW JERSEY
TO THE DEFENDANT (S) NAMED ABOVE:**

U.S. Small Business Administration
409 Third Street, S.W.
Washington, DC 20416

-1-

DAVIS, SAPERSTEIN & SALOMON, P.C.
375 Cedar Lane
Teaneck, New Jersey 07666-3433
(201) 907-5000

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $135.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153_deptyclerklawref.pdf.

*/s/ Jennifer M. Perez*
JENNIFER M. PEREZ, Clerk

Dated: February 20, 2013

Name of Defendant to be served:        U.S. Small Business Administration
                                       409 Third Street, S.W.
                                       Washington, DC 20416

-2-

DAVIS, SAPERSTEIN & SALOMON, P.C.
375 Cedar Lane
Teaneck, New Jersey 07666-3433
(201) 907-5000

HUDSON COUNTY SUPERIOR COURT
HUDSON COUNTY
583 NEWARK AVENUE
JERSEY CITY        NJ 07306

                                    TRACK ASSIGNMENT NOTICE

COURT TELEPHONE NO. (201) 217-5162
COURT HOURS

                        DATE:   FEBRUARY 08, 2013
                        RE:     PALLADINO ET AL VS US SMALL BUSINESS ADMINI
FRATIO
                        DOCKET: HUD L -000681 13

      THE ABOVE CASE HAS BEEN ASSIGNED TO:   TRACK 2.

      DISCOVERY IS   300 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

      THE PRETRIAL JUDGE ASSIGNED IS:  HON PATRICK J. ARRE

      IF YOU HAVE ANY QUESTIONS, CONTACT TEAM       002
AT:  (201) 795-6908.

      IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
      PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDAN
E
WITH  R. 4:5A-2.
                      ATTENTION:

                                ATT: SAMUEL L. DAVIS
                                DAVIS SAPERSTEIN & SALOMON
                                375 CEDAR LANE
                                TEANECK           NJ 07666

JUJEMA1

## IMPORTANT REMINDER

You have recently filed a complaint in the Law Division, Hudson County. Enclosed please find a copy of the complaint marked "Filed" and the Track Assignment Notice (TAN). Please be sure to use the assigned docket number on all future pleadings, correspondence, etc.

You are reminded of the following:

R.4:4-1. requires that the summons is to be issued within 15 days from the date of the Track Assignment Notice.

R.4:4-7. requires that "proof of service" shall (mandatory) be promptly filed with the court within the time during which the person served must respond (35 days) by the person making service or by the party on whose behalf service is made.

"Proof of Service" should be filed with the Judge/Team indicated on the Tan.

Please carefully read, understand and follow R.4:24-1.. Time for Completion of Discovery, and R. 4:24-2., Motions Required to Be Made During Discovery Period.

Always be aware of the operative Discovery End Date (DED) for your case. If in doubt, you can contact the Team indicated on the TAN or this information may be found on the Judiciary's website homepage at www.njcourtsonline.com under the heading "civil discovery end date search."

Mary K. Costello
Presiding Judge Civil Division

**Appendix XII-B1**

## CIVIL CASE INFORMATION STATEMENT
### (CIS)

Use for initial Law Division
Civil Part pleadings (not motions) under *Rule* 4:5-1
Pleading will be rejected for filing, under *Rule* 1:5-6(c),
if information above the black bar is not completed
or attorney's signature is not affixed

| FOR USE BY CLERK'S OFFICE ONLY | |
|---|---|
| PAYMENT TYPE: ☐ CK ☐ CG ☐ CA | |
| CHG/CK NO. | |
| AMOUNT: | |
| OVERPAYMENT: | |
| BATCH NUMBER: | |

| ATTORNEY / PRO SE NAME | TELEPHONE NUMBER | COUNTY OF VENUE |
|---|---|---|
| SAMUEL L. DAVIS, ESQ. | (201) 907-5000 | Hudson |

| FIRM NAME (if applicable) | DOCKET NUMBER (when available) |
|---|---|
| DAVIS, SAPERSTEIN & SALOMON, PC | L681-13 |

| OFFICE ADDRESS | DOCUMENT TYPE |
|---|---|
| 375 Cedar Lane | COMPLAINT |
| Teaneck, NJ 07666 | JURY DEMAND  ■ Yes  ☐ No |

| NAME OF PARTY (e.g., John Doe, Plaintiff) | CAPTION |
|---|---|
| SANDRA PALLADINO, Plaintiff CHRISTOPHER PALLADINO, Plaintiff | SANDRA PALLADINO, et al. v. The US Small Business Administration |

| CASE TYPE NUMBER (See reverse side for listing) | IS THIS A PROFESSIONAL MALPRACTICE CASE?  ☐ YES  ■ NO |
|---|---|
| 605 | IF YOU HAVE CHECKED "YES," SEE *N.J.S.A.* 2A:53 A -27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT. |

| RELATED CASES PENDING?  ☐ Yes  ■ No | IF YES, LIST DOCKET NUMBERS |
|---|---|

| DO YOU ANTICIPATE ADDING ANY PARTIES (arising out of same transaction or occurrence)?  ☐ Yes  ■ No | NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY (if known)  ☐ NONE  ■ UNKNOWN |
|---|---|

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.**

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

| DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP?  ☐ Yes  ■ No | IF YES, IS THAT RELATIONSHIP?  ☐ EMPLOYER/EMPLOYEE  ☐ FRIEND/NEIGHBOR  ☐ OTHER (explain)  ☐ FAMILIAL  ☐ BUSINESS |
|---|---|

| DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY?  ☐ YES  ☐ No | |
|---|---|

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION

| DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS?  ☐ Yes  ■ No | IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION |
|---|---|
| WILL AN INTERPRETER BE NEEDED?  ☐ Yes  ■ No | IF YES, FOR WHAT LANGUAGE? |

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).

ATTORNEY SIGNATURE:



**Side 2**

# CIVIL CASE INFORMATION STATEMENT
## (CIS)
Use for initial pleadings (not motions) under *Rule 4.5-1*

---

**CASE TYPES** (Choose one and enter number of case type in appropriate space on the reverse side.)

**Track I - 150 days' discovery**
- 151  NAME CHANGE
- 175  FORFEITURE
- 302  TENANCY
- 399  REAL PROPERTY (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction)
- 502  BOOK ACCOUNT (debt collection matters only)
- 505  OTHER INSURANCE CLAIM (including declaratory judgment actions)
- 506  PIP COVERAGE
- 510  UM or UIM CLAIM (coverage issues only)
- 511  ACTION ON NEGOTIABLE INSTRUMENT
- 512  LEMON LAW
- 801  SUMMARY ACTION
- 802  OPEN PUBLIC RECORDS ACT (summary action)
- 999  OTHER (briefly describe nature of action)

**Track II - 300 days' discovery**
- 305  CONSTRUCTION
- 509  EMPLOYMENT (other than CEPA or LAD)
- 599  CONTRACT/COMMERCIAL TRANSACTION
- 603N AUTO NEGLIGENCE – PERSONAL INJURY (non-verbal threshold)
- 603Y AUTO NEGLIGENCE – PERSONAL INJURY (verbal threshold)
- 605  PERSONAL INJURY
- 610  AUTO NEGLIGENCE – PROPERTY DAMAGE
- 621  UM or UIM CLAIM (includes bodily injury)
- 699  TORT – OTHER

**Track III - 450 days' discovery**
- 005  CIVIL RIGHTS
- 301  CONDEMNATION
- 602  ASSAULT AND BATTERY
- 604  MEDICAL MALPRACTICE
- 606  PRODUCT LIABILITY
- 607  PROFESSIONAL MALPRACTICE
- 608  TOXIC TORT
- 609  DEFAMATION
- 616  WHISTLEBLOWER / CONSCIENTIOUS EMPLOYEE PROTECTION ACT (CEPA) CASES
- 617  INVERSE CONDEMNATION
- 618  LAW AGAINST DISCRIMINATION (LAD) CASES

**Track IV - Active Case Management by Individual Judge / 450 days' discovery**
- 156  ENVIRONMENTAL/ENVIRONMENTAL COVERAGE LITIGATION
- 303  MT. LAUREL
- 508  COMPLEX COMMERCIAL
- 513  COMPLEX CONSTRUCTION
- 514  INSURANCE FRAUD
- 620  FALSE CLAIMS ACT
- 701  ACTIONS IN LIEU OF PREROGATIVE WRITS

**Centrally Managed Litigation (Track IV)**
- 285  STRYKER TRIDENT HIP IMPLANTS
- 288  PRUDENTIAL TORT LITIGATION
- 289  REGLAN
- 290  POMPTON LAKES ENVIRONMENTAL LITIGATION

- 291  PELVIC MESH/GYNECARE
- 292  PELVIC MESH/BARD
- 293  DEPUY ASR HIP IMPLANT LITIGATION
- 295  ALLODERM REGENERATIVE TISSUE MATRIX
- 623  PROPECIA

**Mass Tort (Track IV)**
- 266  HORMONE REPLACEMENT THERAPY (HRT)
- 271  ACCUTANE/ISOTRETINOIN
- 274  RISPERDAL/SEROQUEL/ZYPREXA
- 278  ZOMETA/AREDIA
- 279  GADOLINIUM

- 281  BRISTOL-MYERS SQUIBB ENVIRONMENTAL
- 282  FOSAMAX
- 284  NUVARING
- 286  LEVAQUIN
- 287  YAZ/YASMIN/OCELLA
- 601  ASBESTOS

If you believe this case requires a track other than that provided above, please indicate the reason on Side 1, in the space under "Case Characteristics.

**Please check off each applicable category**    ☐ **Putative Class Action**    ☐ **Title 59**

---

FILED
CUSTOMER SERVICE TEAM

FEB 0 8 2013

SUPERIOR COURT OF NEW JERSEY
COUNTY OF HUDSON
CIVIL DIVISION #3

Davis, Saperstein & Salomon, P.C.
375 Cedar Lane
Teaneck, New Jersey 07666-3433
(201) 907-5000
Fax: (201) 692-0444
Attorneys for Plaintiffs

| | |
|---|---|
| Sandra Palladino and<br>Christopher Palladino, her husband,<br><br>              Plaintiffs,<br>vs.<br><br>The U.S. Small Business Administration,<br>Time Cleaners Limited Liability Company<br>a/k/a New Time Cleaners, Verizon<br>New Jersey, Inc., Verizon Communications<br>Inc., AT&T Communications Of<br>New Jersey, Inc., AT&T Operations, Inc.,<br>Jersey City Department Of Public Works,<br>City Of Jersey City, County Of Hudson,<br>State Of New Jersey, Stagecoach Group,<br>PLC d/b/a Coach USA Tour Inc. a/k/a<br>Coach USA, Inc. a/k/a Coach USA, Red &<br>Tan Enterprises a/k/a Red & Tan Tours a/k/a<br>Red & Tan Charter, Inc. a/k/a Red & Tan<br>Transportation Systems, Inc. a/k/a Red &<br>Tan Unlimited, Inc., Rockland Coaches, Inc.<br>a/k/a Rockland Coaches, Olympia Trails<br>Bus Company, Inc. a/k/a Olympia Trails,<br>New Jersey Transit Corporation, John Does<br>1-10 (said names being fictitious and<br>unknown) and ABC Corps. 1-10 (said<br>names being fictitious and unknown),<br>              Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: HUDSON COUNTY<br><br>DOCKET NO.: HUD-L-681-13<br><br>Civil Action<br><br>COMPLAINT AND JURY DEMAND |

-1-

Plaintiffs SANDRA PALLADINO and CHRISTOPHER PALLADINO residing at 520 West Side Avenue. in the City of Jersey City, County of Hudson, and State of New Jersey, by way of Complaint against the Defendants say:

### FIRST COUNT-NEGLIGENCE

1. Upon information and belief and at all relevant times herein mentioned, Defendant THE U.S. SMALL BUSINESS ADMINISTRATION was a foreign business corporation authorized to do business in the State of New Jersey, with its main business address located at 409 Third Street S.W., City of Washington, and State of District of Columbia. This Defendant owned the property located at 2315 John F. Kennedy Blvd. in Jersey City, New Jersey on or about March 28, 2011.

2. Upon information and belief and at all relevant times herein mentioned, Defendant TIME CLEANERS LIMITED LIABILITY COMPANY a/k/a NEW TIME CLEANERS was a domestic business corporation with its main business address located at 2315 John F. Kennedy Boulevard, Jersey City, Hudson County, New Jersey. This Defendant leased, occupied and maintained the property located at 2315 Kennedy Blvd. in Jersey City, New Jersey on or about March 28, 2011.

3. Upon information and belief, at all relevant times herein mentioned, Defendant VERIZON NEW JERSEY INC. was a domestic business corporation with its main business address located at 540 Broad Street, Newark, New Jersey. This Defendant installed, erected and then removed a public telephone stanchion in the sidewalk located at 2315 Kennedy Blvd. in Jersey City, New Jersey.

4. Upon information and belief, at all relevant times herein mentioned, Defendant VERIZON COMMUNICATIONS INC. was a foreign business corporation authorized to do business in the State of New Jersey with its main business address located at 140 West Street,

-2-

DAVIS, SAPERSTEIN & SALOMON. P.C.
375 Cedar Lane
Teaneck, New Jersey 07666-3433
(201) 907-5000

New York, New York. This Defendant installed, erected and then removed a public telephone stanchion in the sidewalk located at 2315 Kennedy Blvd. in Jersey City, New Jersey.

5. Upon information and belief and at all relevant times herein mentioned, Defendant, AT&T COMMUNICATIONS OF NEW JERSEY, INC. was a domestic business corporation with its main business address located at 412 Mt. Kemble Ave., Morristown, New Jersey. This Defendant installed, erected and then removed a public telephone stanchion in the sidewalk located at 2315 Kennedy Blvd. in Jersey City, New Jersey.

6. Upon information and belief and at all relevant times herein mentioned, Defendant, AT&T OPERATIONS, INC. was a foreign business corporation with its main business address located at 208 S. Akard Street, Dallas, Texas. This Defendant installed, erected and then removed a public telephone stanchion in the sidewalk located at 2315 Kennedy Blvd. in Jersey City, New Jersey.

7. Upon information and belief and at all relevant times herein mentioned, Defendant JERSEY CITY DEPARTMENT OF PUBLIC WORKS was a domestic business corporation with its main business address located at 575 Route 440, Jersey City, New Jersey. This Defendant regulated and approved the permits to install, erect and then remove a public telephone stanchion in the sidewalk located at 2315 Kennedy Blvd. in Jersey City, New Jersey.

8. Upon information and belief and at all relevant times herein mentioned, Defendant CITY OF JERSEY CITY was a municipality with its main business address located at 280 Grove Street, Jersey City, New Jersey. This Defendant regulated and approved the permits to install, erect and then remove a public telephone stanchion in the sidewalk located at 2315 Kennedy Blvd. in Jersey City, New Jersey.

9. Upon information and belief and at all relevant times herein mentioned, Defendant COUNTY OF HUDSON was a government entity with its main business address

DAVIS, SAPERSTEIN & SALOMON, P.C.
375 Cedar Lane
Teaneck, New Jersey 07666-3433
(201) 907-5000

located at 567 Pavonia Avene, Jersey City, New Jersey. This Defendant regulated and approved the permits to install, erect and then remove a public telephone stanchion in the sidewalk located at 2315 Kennedy Blvd. in Jersey City, New Jersey.

10. Upon information and belief and at all relevant times herein mentioned, Defendant STATE OF NEW JERSEY was a government entity with its main business address located at 25 Market Street, Trenton, New Jersey. This Defendant regulated and approved the permits to install, erect and then remove a public telephone stanchion in the sidewalk located at 2315 Kennedy Blvd. in Jersey City, New Jersey

11. Upon information and belief and at all relevant times herein mentioned, Defendant STAGECOACH GROUP, PLC d/b/a COACH USA TOUR INC. a/k/a COACH USA, INC. a/k/a COACH USA was a foreign business corporation authorized to do business in the State of New Jersey, with its main business address located at 10 Dunkeld Road, Perth PH1 5TW, Scotland, United Kingdom.

12. Upon information and belief and at all relevant times herein mentioned, Defendant COACH USA TOUR INC. a/k/a COACH USA, INC. a/k/a COACH USA was a foreign business corporation authorized to do business in the State of New Jersey, with its main business address located at 5517 Oakfield Lane, Williamsville, New York.

13. Upon information and belief and at all relevant times herein mentioned, Defendant RED & TAN ENTERPRISES a/k/a RED & TAN TOURS a/k/a RED & TAN CHARTER, INC. a/k/a RED & TAN TRANSPORTATION SYSTEMS, INC. a/k/a RED & TAN UNLIMITED, INC. was a domestic business corporation with its main business address located at 349 First Street, Elizabeth, New Jersey.

14. Upon information and belief and at all relevant times herein mentioned, Defendant ROCKLAND COACHES, INC. a/k/a ROCKLAND COACHES was a domestic

-4-

DAVIS, SAPERSTEIN & SALOMON, P.C.
375 Cedar Lane
Teaneck, New Jersey 07666-3433
(201) 907-5000

business corporation with its main business address located at 180 Old Hook Road, Westwood, New Jersey.

15. Upon information and belief and at all relevant times herein mentioned, Defendant OLYMPIA TRAILS BUS COMPANY, INC. a/k/a OLYMPIA TRAILS was a domestic business corporation with its main business address located at 349 First Street, Elizabeth, New Jersey.

16. Upon information and belief and at all relevant times herein mentioned, Defendant NEW JERSEY TRANSIT CORPORATION was a domestic business corporation with its main business address located at 1 Penn Plaza East, Newark, New Jersey.

17. On or about March 28, 2011, Plaintiff SANDRA PALLADINO was a passenger lawfully upon a bus being operated, owned, leased, controlled, supervised, managed and/or maintained by Defendants STAGECOACH GROUP, PLC d/b/a COACH USA TOUR INC. a/k/a COACH USA, INC. a/k/a COACH USA, RED & TAN ENTERPRISES a/k/a RED & TAN TOURS a/k/a RED & TAN CHARTER, INC. a/k/a RED & TAN TRANSPORTATION SYSTEMS, INC. a/k/a RED & TAN UNLIMITED, INC., ROCKLAND COACHES, INC. a/k/a ROCKLAND COACHES, OLYMPIA TRAILS BUS COMPANY, INC. a/k/a OLYMPIA TRAILS, NEW JERSEY TRANSIT CORPORATION, JOHN DOES 1-10, and ABC CORP. 1-10, which was traveling south on Kennedy Boulevard at or near the intersection of Clendenny Avenue, Jersey City, New Jersey.

18. On or about March 28, 2011, Plaintiff SANDRA PALLADINO exited the bus onto the sidewalk and abutting the premises owned, operated, leased, controlled, supervised, managed, repaired and/or maintained by Defendants THE U.S. SMALL BUSINESS ADMINISTRATION, TIME CLEANERS LIMITED LIABILITY COMPANY a/k/a NEW TIME CLEANERS, VERIZON NEW JERSEY, INC., VERIZON COMMUNICATIONS INC.,

-5-

DAVIS, SAPERSTEIN & SALOMON, P.C.
375 Cedar Lane
Teaneck, New Jersey 07666-3433
(201) 907-5000

AT&T COMMUNICATIONS OF NEW JERSEY, INC., AT&T OPERATIONS, INC., JERSEY CITY DEPARTMENT OF PUBLIC WORKS. CITY OF JERSEY CITY, COUNTY OF HUDSON, STATE OF NEW JERSEY, JOHN DOES 1-10 and/or ABC CORPS. 1-10 located at or near 2315 Kennedy Boulevard, Jersey City, New Jersey.

19.  Immediately on exiting the bus, Plaintiff tripped and fell over the remnant of a public telephone stanchion that protruded from the sidewalk.  This tripping hazard was unmarked and unsecured by any warning signs, safety barriers or other devices to identify its presence to pedestrians like Plaintiff.

20.  This unreasonable tripping hazard was known or should have been known to all Defendants since, on information and belief, it had been present in the sidewalk for an extended period of time.

21.  This unreasonable tripping hazard was specifically known to one or more of the Defendants that were responsible for the removal of the public telephone and the removal of the stanchion.

22.  The Defendant property owners and lessors and the public telephone owners, lessors and installers, and the municipal and State entities were negligent, careless. and/or reckless in removing the public telephone and its upright support and leaving the metal remnant of the stanchion protruding from the sidewalk.

23.  The Defendant property owners and lessors and the public telephone owners, lessors and installers and the municipal and State entities were negligent, careless, and/or reckless in failing to warn or otherwise protect pedestrians and other passersby from the unreasonable danger posed by the unprotected metal remnant left in the sidewalk.

24.  The employees of the Defendant common carriers and bus owners or lessors knew or should have known of the presence of the tripping hazard since it was plainly visible to every

-6-

DAVIS, SAPERSTEIN & SALOMON. P.C.
375 Cedar Lane
Teaneck, New Jersey 07666-3433
(201) 907-5000

bus operator that picked up or discharged passengers from the location on multiple occasions every day.

25.    The employees of the Defendant common carriers were negligent, careless or reckless in discharging their passengers and allowing Plaintiff to exit the bus in the immediate vicinity of the unmarked and unreasonably dangerous tripping hazard.

26.    As a direct and proximate result of the aforesaid carelessness, recklessness, and negligence of all Defendants, Plaintiff SANDRA PALLADINO suffered serious and permanent non-economic and economic damages, including but not limited to permanent physical and mental injury, temporary and permanent disability, loss of enjoyment of life, loss of economic opportunity, as well as past, present and future economic damages for medical and related expenses.

27.    The injuries and damages suffered by the Plaintiff are personal injuries meeting the requirements of one or more of the categories set forth in N.J.S.A. 39:6A-8(a), if said Statute is applicable to the Plaintiff's cause of action as set forth in this Complaint.

WHEREFORE, Plaintiff SANDRA PALLADINO demands judgment for damages against all Defendants, jointly and severally, together with interest and costs of suit.

SECOND COUNT-RESPONDEAT SUPERIOR

1.    Plaintiff SANDRA PALLADINO repeats each and every previous allegation as if set forth at length herein.

2.    On or about March 28, 2011, Plaintiff SANDRA PALLADINO was lawfully on the property owned, operated, leased, controlled, supervised, managed, repaired and/or maintained by Defendants THE U.S. SMALL BUSINESS ADMINISTRATION, TIME CLEANERS LIMITED LIABILITY COMPANY a/k/a NEW TIME CLEANERS, VERIZON NEW JERSEY, INC., VERIZON COMMUNICATIONS INC., AT&T COMMUNICATIONS

-7-

DAVIS, SAPERSTEIN & SALOMON, P.C.
375 Cedar Lane
Teaneck, New Jersey 07666-3433
(201) 907-5000

OF NEW JERSEY, INC., AT&T OPERATIONS, INC., JERSEY CITY DEPARTMENT OF PUBLIC WORKS. CITY OF JERSEY CITY, COUNTY OF HUDSON, STATE OF NEW JERSEY, JOHN DOES 1-10 and/or ABC CORPS. 1-10 located at or near 2315 Kennedy Boulevard, Jersey City, New Jersey.

3. On or about March 28, 2011, Plaintiff SANDRA PALLADINO was a lawful passenger upon a bus being operated, owned, leased, controlled, supervised, managed and/or maintained by Defendants STAGECOACH GROUP, PLC d/b/a COACH USA TOUR INC. a/k/a COACH USA, INC. a/k/a COACH USA, RED & TAN ENTERPRISES a/k/a RED & TAN TOURS a/k/a RED & TAN CHARTER, INC. a/k/a RED & TAN TRANSPORTATION SYSTEMS, INC. a/k/a RED & TAN UNLIMITED, INC., ROCKLAND COACHES, INC. a/k/a ROCKLAND COACHES, OLYMPIA TRAILS BUS COMPANY, INC. a/k/a OLYMPIA TRAILS, NEW JERSEY TRANSIT CORPORATION, JOHN DOES 1-10, and ABC CORP. 1-10, which was traveling south on Kennedy Boulevard at or near the intersection of Clendenny Avenue in Jersey City, New Jersey.

4. On or about March 28, 2011, Plaintiff SANDRA PALLADINO exited the bus onto the sidewalk and abutting the premises owned, operated, leased, controlled, supervised, managed, repaired and/or maintained by Defendants THE U.S. SMALL BUSINESS ADMINISTRATION, TIME CLEANERS LIMITED LIABILITY COMPANY a/k/a NEW TIME CLEANERS, VERIZON NEW JERSEY, INC., VERIZON COMMUNICATIONS INC., AT&T COMMUNICATIONS OF NEW JERSEY, INC., AT&T OPERATIONS, INC., JERSEY CITY DEPARTMENT OF PUBLIC WORKS, CITY OF JERSEY CITY, COUNTY OF HUDSON, STATE OF NEW JERSEY, JOHN DOES 1-10 and/or ABC CORPS. 1-10 located at or near 2315 Kennedy Boulevard, Jersey City, New Jersey.

-8-

5.      At the aforesaid time and place, the agents, servants and employees of Defendants THE U.S. SMALL BUSINESS ADMINISTRATION, TIME CLEANERS LIMITED LIABILITY COMPANY a/k/a NEW TIME CLEANERS, VERIZON NEW JERSEY, INC., VERIZON COMMUNICATIONS INC., AT&T COMMUNICATIONS OF NEW JERSEY, INC., AT&T OPERATIONS, INC., JERSEY CITY DEPARTMENT OF PUBLIC WORKS, CITY OF JERSEY CITY, COUNTY OF HUDSON, STATE OF NEW JERSEY, STAGECOACH GROUP, PLC d/b/a COACH USA TOUR INC. a/k/a COACH USA, INC. a/k/a COACH USA, RED & TAN ENTERPRISES a/k/a RED & TAN TOURS a/k/a RED & TAN CHARTER, INC. a/k/a RED & TAN TRANSPORTATION SYSTEMS, INC. a/k/a RED & TAN UNLIMITED, INC., ROCKLAND COACHES, INC. a/k/a ROCKLAND COACHES, OLYMPIA TRAILS BUS COMPANY, INC. a/k/a OLYMPIA TRAILS, NEW JERSEY TRANSIT CORPORATION, JOHN DOES 1-10 and/or ABC CORPS. 1-10 acted in such a careless, reckless, and negligent manner so as to allow the plaintiff to exit the bus at a dangerous and unsafe location, and expose her to an unreasonable and dangerous tripping hazard thereby causing the Plaintiff to sustain severe personal injuries.

6.      The aforesaid carelessness, recklessness, and negligence is imputed to all Defendant employers.

7.      As a direct and proximate result of the aforesaid carelessness, recklessness, and negligence of all Defendants, Plaintiff SANDRA PALLADINO suffered serious and permanent non-economic and economic damages, including but not limited to permanent physical and mental injury, temporary and permanent disability, loss of enjoyment of life, loss of economic opportunity, as well as past, present and future economic damages for medical and related expenses.

-9-

DAVIS, SAPERSTEIN & SALOMON, P.C.
375 Cedar Lane
Teaneck, New Jersey 07666-3433
(201) 907-5000

8.     The injuries and damages suffered by the Plaintiff SANDRA PALLADINO are personal injuries meeting the requirements of one or more of the categories set forth in N.J.S.A. 39:6A-8(a), if said Statute is applicable to the Plaintiffs cause of action as set forth in this Complaint.

WHEREFORE, Plaintiff SANDRA PALLADINO demands judgment for damages against all Defendants jointly and severally together with interest and costs of suit.

### THIRD COUNT-NEW JERSEY TORT CLAIM ACT

1.     Plaintiff, SANDRA PALLADINO repeats each and every previous allegation as if set forth at length herein.

2.     On or about March 28, 2011, Plaintiff SANDRA PALLADINO was a passenger lawfully upon a bus being operated, owned, leased, controlled, supervised, managed and/or maintained by Defendants STAGECOACH GROUP, PLC d/b/a COACH USA TOUR INC. a/k/a COACH USA, INC. a/k/a COACH USA, RED & TAN ENTERPRISES a/k/a RED & TAN TOURS a/k/a RED & TAN CHARTER, INC. a/k/a RED & TAN TRANSPORTATION SYSTEMS, INC. a/k/a RED & TAN UNLIMITED, INC., ROCKLAND COACHES, INC. a/k/a ROCKLAND COACHES, OLYMPIA TRAILS BUS COMPANY, INC. a/k/a OLYMPIA TRAILS, NEW JERSEY TRANSIT CORPORATION, JOHN DOES 1-10, and ABC CORP. 1-10, which was traveling south on Kennedy Boulevard at or near the intersection of Clendenny Avenue Jersey City, New Jersey.

3.     On or about March 28, 2011, Plaintiff SANDRA PALLADINO exited the bus onto the sidewalk and abutting the premises owned, operated, leased, controlled, supervised, managed, repaired and/or maintained by Defendants THE U.S. SMALL BUSINESS ADMINISTRATION, TIME CLEANERS LIMITED LIABILITY COMPANY a/k/a NEW TIME CLEANERS, VERIZON NEW JERSEY, INC., VERIZON COMMUNICATIONS INC.,

-10-

DAVIS, SAPERSTEIN & SALOMON, P.C.
375 Cedar Lane
Teaneck, New Jersey 07666-3433
(201) 907-5000

AT&T COMMUNICATIONS OF NEW JERSEY, INC., AT&T OPERATIONS, INC., JERSEY CITY DEPARTMENT OF PUBLIC WORKS, CITY OF JERSEY CITY, COUNTY OF HUDSON, STATE OF NEW JERSEY, JOHN DOES 1-10 and/or ABC CORPS. 1-10 located at or near 2315 Kennedy Boulevard, Jersey City, New Jersey.

    4.    At the aforesaid time and place, due to the careless, reckless, and negligent ownership, operation, lease, control, supervision, management, upkeep and/or maintenance of the premises and/or the abutting sidewalk/walkway, by the Defendant THE U.S. SMALL BUSINESS ADMINISTRATION, TIME CLEANERS LIMITED LIABILITY COMPANY a/k/a NEW TIME CLEANERS, VERIZON NEW JERSEY, INC., VERIZON COMMUNICATIONS INC., AT&T COMMUNICATIONS OF NEW JERSEY, INC., AT&T OPERATIONS, INC., JERSEY CITY DEPARTMENT OF PUBLIC WORKS, CITY OF JERSEY CITY, COUNTY OF HUDSON, STATE OF NEW JERSEY, JOHN DOES 1-10 and/or ABC CORPS. 1-10, the Plaintiff SANDRA PALLADINO and the carelessness, negligence and recklessness of STAGECOACH GROUP, PLC d/b/a COACH USA TOUR INC. a/k/a COACH USA, INC. a/k/a COACH USA, RED & TAN ENTERPRISES a/k/a RED & TAN TOURS a/k/a RED & TAN CHARTER, INC. a/k/a RED & TAN TRANSPORTATION SYSTEMS, INC. a/k/a RED & TAN UNLIMITED, INC., ROCKLAND COACHES, INC. a/k/a ROCKLAND COACHES, OLYMPIA TRAILS BUS COMPANY. INC. a/k/a OLYMPIA TRAILS. NEW JERSEY TRANSIT CORPORATION, JOHN DOES 1-10, and ABC CORP. 1-10, Plaintiff was caused to trip and fall on a metal post that was protruding out of the sidewalk/walkway. causing the Plaintiff to sustain severe personal injuries.

5.    As a direct and proximate result of the aforesaid carelessness. recklessness, and negligence of all Defendants, Plaintiff SANDRA PALLADINO suffered serious and permanent non-economic and economic damages, including but not limited to permanent physical and

-11-

DAVIS, SAPERSTEIN & SALOMON, P.C.
375 Cedar Lane
Teaneck, New Jersey 07666-3433
(201) 907-5000

mental injury, temporary and permanent disability, loss of enjoyment of life, loss of economic opportunity, as well as past, present and future economic damages for medical and related expenses.

6.    The Plaintiff SANDRA PALLADINO served a Notice of Claim for her damages in the form prescribed by N.J.S.A. 59:8-4 and signed by Plaintiff, upon Defendants NEW JERSEY TRANSIT CORPORATION, JERSEY CITY DEPARTMENT OF PUBLIC WORKS, CITY OF JERSEY CITY, COUNTY OF HUDSON, and STATE OF NEW JERSEY.

7.    More than six months have passed since the service of plaintiff's Notice of Claim and plaintiff's claim remains unsatisfied.

WHEREFORE, Plaintiff SANRA PALLADINO demands judgment for damages against Defendants NEW JERSEY TRANSIT CORPORATION, JERSEY CITY DEPARTMENT OF PUBLIC WORKS, CITY OF JERSEY CITY, COUNTY OF HUDSON, STATE OF NEW JERSEY, jointly and severally, together with interest and costs of suit.

### FOURTH COUNT-FICTITIOUS NAME

1.    Plaintiff, SANDRA PALLADINO repeats each and every previous allegation as if set forth at length herein.

2.    Defendants JOHN DOE 1-10 and ABC Corps. 1-10 are persons or entities whose identity and whereabouts are currently unknown to Plaintiffs.

3.    On information and belief, one or more of these fictitiously named Defendants was responsible for the installation and removal of the public telephone stanchion at 2315 Kennedy Blvd, Jersey City and/or for the maintenance, repair and upkeep of these premises on or about March 28, 2011 and/or for the operation and supervision of the bus that discharged Plaintiff at that location on that date.

-12-

DAVIS, SAPERSTEIN & SALOMON, P.C.
375 Cedar Lane
Teaneck, New Jersey 07666-3433
(201) 907-5000

4.     On information and belief, one or more of these fictitiously named defendants was careless, negligent or reckless in removing the public telephone equipment, maintaining the premises, or operating or supervising the operation on the bus on which Plaintiff was riding.

5.     On information and belief, the negligence of one or more of these fictitiously named Defendants caused or contributed to Plaintiff's fall and consequent serious injuries.

6.     As a direct and proximate result of the aforesaid carelessness, recklessness, and negligence of all Defendants, Plaintiff SANDRA PALLADINO suffered serious and permanent non-economic and economic damages, including but not limited to permanent physical and mental injury, temporary and permanent disability, loss of enjoyment of life, loss of economic opportunity, as well as past, present and future economic damages for medical and related expenses.

WHEREFORE, Plaintiff SANRA PALLADINO demands judgment for damages against these fictitiously named Defendants, jointly and severally, together with interest and costs of suit.

### FIFTH COUNT-PER QUOD

1.     Plaintiff SANDRA PALLADINO repeats each and every previous allegation as if set forth at length herein.

2.     On all times relevant to this lawsuit, Plaintiff CHRISTOPHER PALLADINO, was the lawful spouse of Plaintiff SANDRA PALLADINO.

3.     As a result of the negligence previously described in this Complaint, CHRISTOPHER PALLADINO has been caused to suffer damages in the form of the loss of the care, comfort, consortium, and affection of his spouse, together with substantial sums of money he has been and will be obliged to pay for his spouse's ongoing medical care and treatment.

WHEREFORE Plaintiff CHRISTOPHER PALLADINO demands judgment for damages against all Defendants, jointly and severally, together with interest and costs of suit.

-13-

DAVIS, SAPERSTEIN & SALOMON, P.C.
375 Cedar Lane
Teaneck, New Jersey 07666-3433
(201) 907-5000

## JURY DEMAND

Plaintiffs demand a trial by jury on all issues raised in the various Counts of the Complaint.

## DESIGNATION OF TRIAL COUNSEL

Plaintiffs hereby designate Samuel L. Davis, Esq., as trial counsel in this matter.

## DEMAND FOR ANSWERS TO INTERROGATORIES

Pursuant to Rule 4:17-1(b)(1), et seq., Plaintiffs hereby demand that Defendants answer Form "C" Uniform Set of Interrogatories of Appendix II and supplemental Form "C2", within the time prescribed by the Rules of Court.

Plaintiffs reserve the right to propound additional supplemental Interrogatories pursuant to the Rules of Court.

Davis, Saperstein & Salomon, P.C.
Attorneys for Plaintiffs

BY: Samuel L. Davis, Esq.
For the Firm

Dated:  February 5, 2013

## CERTIFICATION

I certify, pursuant to R.4:5-1, that to the best of my knowledge, information and belief at this time, the matter in controversy is not the subject matter of any other action pending in any other court, nor of any pending arbitration proceeding; that no other action or arbitration is contemplated; and that there are no other parties who should be joined in this action.

Samuel L. Davis, Esq.
Davis, Saperstein & Salomon, P.C.
Attorneys for Plaintiffs

Dated:  February 5, 2013

-14-

DAVIS, SAPERSTEIN & SALOMON, P.C.
375 Cedar Lane
Teaneck, New Jersey 07666-3433
(201) 907-5000